

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-24-2008

# Kindler v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 03-9010

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Kindler v. Horn" (2008). *2008 Decisions.* Paper 434.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/434

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-9010 and 03-9011

JOSEPH J. KINDLER

v.

MARTIN HORN, Commissioner, Pennsylvania Department of Corrections;
*DAVID DIGUGLIELMO, Superintendent of the State Correctional
Institution at Graterford; JOSEPH P. MAZURKIEWICZ, Superintendent
of the State Correctional Institution at Rockview,

Appellants

(*Amended - See Clerk's Order dated 1/6/05)

Argued October 15, 2007

BEFORE: McKEE, FUENTES, and STAPLETON Circuit Judges

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED**, that the Slip Opinion filed in this case filed on

September 3, 2008, be amended as follows:

In the second paragraph on page 15, the sentence which reads: "Accordingly, "the
fugitive forfeiture rule . . . [did] not provide an adequate basis to preclude federal
review of [Kindler's] habeas claims . . ."." should be changed to read as follows:
"Accordingly, the district court held that "the fugitive forfeiture rule . . . [did] not
provide an adequate basis to preclude federal review of [Kindler's] habeas claims
. . ."

BY THE COURT,


/s/ Theodore A. McKee
Circuit Judge


DATED: September 24, 2008